IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

MISC. CASE NO. _____

CONSUMER FINANCIAL PROTECTION
BUREAU,

    Plaintiff,

v.

RICHARD F. MOSELEY, SR.; RICHARD F.
MOSELEY, JR.; CHRISTOPHER J.
RANDAZZO; SSM GROUP, LLC; CMG
GROUP, LLC; DJR GROUP, LLC; BCD
GROUP, LLC; HYDRA FINANCIAL
LIMITED FUND I; HYDRA FINANCIAL
LIMITED FUND II; HYDRA FINANCIAL
LIMITED FUND III; HYDRA FINANCIAL
LIMITED FUND IV; PCMO SERVICES, LLC;
PCKS SERVICES, LLC; PIGGYCASH
ONLINE HOLDINGS, LLC; CLS SERVICES,
INC.; FSR SERVICES, INC.; SJ PARTNERS,
LLC; RIVER ELK SERVICES, LLC; OSL
MARKETING, INC., a/k/a OSL GROUP, INC.;
ROCKY OAK SERVICES, LLC; RM
PARTNERS, LLC; PDC VENTURES, LLC;
and CORVUS COMPANY, LLC,

    Defendants.

**NOTICE OF ORDER APPOINTING RECEIVER
PURSUANT TO 28 U.S.C. § 754**

United States District Court
Western District of Missouri
Case No. 14-00789-CV-W-DW

On September 9, 2014, the Consumer Financial Protection Bureau filed a Complaint against Defendants in the United States District Court for the Western District of Missouri. Attached hereto as Exhibit A is a true and correct copy of the Complaint. Court-Appointed Receiver, Thomas W. McNamara ("Receiver"), by and through the undersigned counsel, hereby

provides notice, pursuant to 28 U.S.C. § 754, that on September 9, 2014, the Court entered a Temporary Restraining Order ("TRO") as to Defendants Richard F. Moseley, Sr., Richard F. Moseley, Jr., and Christopher J. Randazzo, SSM Group, LLC, CMG Group, LLC, DJR Group, LLC, BCD Group, LLC, Hydra Financial Limited Fund I, Hydra Financial Limited Fund II, Hydra Financial Limited Fund III, Hydra Financial Limited Fund IV, PCMO Services, LLC; PCKS Services, LLC; Piggycash Online Holdings, LLC; CLS Services, Inc.; FSR Services, Inc.; SJ Partners, LLC; River Elk Services, LLC; OSL Marketing, Inc., a/k/a OSL Group, Inc.; Rocky Oak Services, LLC; RM Partners, LLC; PDC Ventures, LLC; and Corvus Company LLC appointing Mr. McNamara as Receiver over the Receivership Defendants as defined in the TRO at pages 4-7. A true and correct copy of the TRO is attached hereto as Exhibit B.

Respectfully submitted this 18th day of September, 2014.

BALLARD SPAHR LLP

By: _____
DANIEL M. BENJAMIN
Cal. Bar No. 209240
Email: benjamind@ballardspahr.com

ANDREW W. ROBERTSON
Cal. Bar No. 62541
Email: robertsona@ballardspahr.com
BALLARD SPAHR LLP
655 West Broadway, Suite 1600
San Diego, California 92101-8494
Telephone:   619-696-9200
Facsimile:    619-696-9269

*Attorneys for Thomas W. McNamara,
Court-Appointed Receiver*